'08 CV 0266 DMS POR



Dear Clerk I can only get an account of my trust account statement once a month. Under penalty of perjury I am only receiving the money I earn from the PIA job which garnishes 50% of my wages and my aunt in Ohio might send me $20.00 once every 6 months this is true and I feel really silly asking the Luetitent to sign and notorized affidavit that states these true facts Ie I owe aprox $700⁰⁰ in restitutions and no one else Equafax, Experian, and Trans Union will Confirm 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

Sincerely
Shawn Lionel Lewis
1-6-08

# CALIFORNIA MEN'S COLONY
## PAY STUBS
### January 2008

Factory: 6

LEWIS, SHAWN                                T76966

| Rate | Hours | Adjustment | Total Amount |
|------|-------|------------|--------------|
| $ 0.75 | 125.03 | $ 0.00 | $ 93.78 |

(*** Not Negitiable ***)

PIA
CALIFORNIA REPUBLIC
Proudly made in California
www.pia.ca.gov