PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
2008 MAR 19 PM 3:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____KMK____ DEPUTY

February 15, 2008

Office of the Clerk
Central District of California
Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

Re: Lewis v Marshall, Case No. 08cv0266-DMS-POR

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ___s/L Odierno___
Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF __3-14-08__
AND ASSIGNED CASE NUMBER __08-1756-__  (JWJ)

CLERK, U.S. DISTRICT COURT

By: __C. Sawyer__, Deputy